# In the United States Court of Federal Claims

No. 14-20 C

**GUARDIAN ANGELS MEDICAL
SERVICE DOGS, INC.**

                                                       **JUDGMENT**

v.

**THE UNITED STATES**

      Pursuant to the court's Memorandum Opinion and Order, filed August 29, 2014, granting defendant's motion to dismiss,

      IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, for lack of jurisdiction.

                                                       Hazel C. Keahey
                                                        Clerk of Court

**August 29, 2014**                    By:    s/ Debra L. Samler

                                                       Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.  Filing fee is $505.00.